MARTIN D. SINGER (SBN 78166)
MICHAEL E. WEINSTEN (SBN 155680)
DANIEL R. GUTENPLAN (SBN 260412)
LAVELY & SINGER
PROFESSIONAL CORPORATION
2049 Century Park East, Suite 2400
Los Angeles, California 90067-2906
Telephone: (310) 556-3501
Facsimile: (310) 556-3615
E-mail:    mdsinger@lavelysinger.com
           mweinsten@lavelysinger.com
           dgutenplan@lavelysinger.com

Attorneys for Defendant
JOHN TRAVOLTA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABIAN ZANZI, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JOHN TRAVOLTA, an individual,<br><br>　　　　Defendant. | CASE NO. CV 12-5393 SVW-AJW<br>HON. STEPHEN V. WILSON<br><br>**DECLARATION OF JOHN TRAVOLTA IN SUPPORT OF DEFENDANT JOHN TRAVOLTA'S MOTION FOR AN ORDER REQUIRING PLAINTIFF TO FILE AN UNDERTAKING TO SECURE AN AWARD OF COSTS**<br><br>[Notice of Motion and Motion for Undertaking; Memorandum of Points and Authorities; and Declarations of Lorena Alvarez, Michael Rasmussen, Espen Been and Michael Weinsten In Support Thereof Filed Concurrently Herewith]<br><br>Complaint Filed: June 21, 2012 |

# DECLARATION OF JOHN TRAVOLTA

I, John Travolta, declare:

1. I am making this declaration in support of my Motion for an Order to Require Plaintiff Fabian Zanzi to File an Undertaking to Secure an Award of Costs. The facts stated herein are true and correct and of my personal knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. I have read Mr. Zanzi's Complaint against me in *Zanzi v. Travolta*, United States District Court, Central District of California Case No. CV-12-05293-SVW (AJWx). In particular, I have reviewed Mr. Zanzi's allegations in Paragraphs 7-15 of the Complaint, in which Mr. Zanzi alleges a physical encounter with me, as well as the allegations in Paragraphs 16-17 of the Complaint, wherein Mr. Zanzi alleges that I offered him money to remain silent regarding the alleged encounter.

3. While I was indeed a passenger aboard the MS Enchantment of the Seas in or about June 2009, Mr. Zanzi's allegations in the Complaint are entirely false, including, but not limited to, his allegations in Paragraphs 7-15 regarding a purported physical encounter with me and his allegations in Paragraphs 16-17 regarding an alleged financial offer I made him. None of these events happened, and Zanzi's allegations are pure fabrication.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on August 7, 2012.

JOHN TRAVOLTA