1  MARTIN D. SINGER (SBN 78166)
   MICHAEL E. WEINSTEN (SBN 155680)
2  DANIEL R. GUTENPLAN (SBN 260412)
   LAVELY & SINGER
3  PROFESSIONAL CORPORATION
   2049 Century Park East, Suite 2400
4  Los Angeles, California 90067-2906
   Telephone: (310) 556-3501
5  Facsimile: (310) 556-3615
   E-mail:    mdsinger@lavelysinger.com
6              mweinsten@lavelysinger.com
              dgutenplan@lavelysinger.com
7
8  Attorneys for Defendant
   JOHN TRAVOLTA
9

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABIAN ZANZI, an individual, | CASE NO. CV 12-5393 SVW-AJW |
| Plaintiff, | [HON. ANDREW J. WISTRICH] |
| vs. | **ORDER GRANTING DEFENDANT JOHN TRAVOLTA'S APPLICATION FOR ISSUANCE OF A REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE TO ARGENTINA (LETTER OF REQUEST)** |
| JOHN TRAVOLTA, an individual, | |
| Defendant. | |
| | Complaint Filed: June 21, 2012 |

1 | Defendant John Travolta's Application for Issuance of a Request for International Judicial Assistance to Argentina (Letter of Request) came before the Honorable Andrew J. Wistrich in the above-entitled Court.

The Court having read and considered the moving papers and the evidence submitted by the parties, and good cause appearing therefore, makes the following Order:

1. Good cause having been shown, it is therefore ordered that the Letter of Request to Argentina shall issue to allow the parties to obtain the requested extraterritorial evidence.

IT IS SO ORDERED

DATED: January 8, 2013

_____
HONORABLE ANDREW J. WISTRICH
United States District Court Judge