GOLDEN & TIMBOL, P.C.
Sarah J. Golden, SBN 272133
Servando Timbol, SBN 275062
151 Kalmus Dr., Ste#A-204
Costa Mesa, CA 92626
Telephone: (714) 360-0100
Fax: (714) 360-0107
Email: sarah@gtlawoffices.com
Email: servando@gtlawoffices.com
*Attorneys for Plaintiff, Fabian Zanzi*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABIAN ZANZI, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>JOHN TRAVOLTA, an individual;<br><br>Defendants. | Case No.: CV12-5393 SVW (AJWx)<br><br>[Honorable Stephen V. Wilson, Courtroom 6]<br><br>STIPULATION FOR DISMISSAL OF CASE PURSUANT TO FRCP 41(a)(1)(A)(ii) |

Plaintiff, FABIAN ZANZI ("Plaintiff"), and Defendant, JOHN TRAVOLTA ("Defendant"), by and through their counsels of record, hereby stipulate to the dismissal of the above-entitled action with prejudice. This stipulation for dismissal is made pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii) which provides:

*"a) Voluntary Dismissal.*

*(1) By the Plaintiff.*

*(A) Without a Court Order. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:*

*(i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or*

<u>*(ii) a stipulation of dismissal signed by all parties who have appeared."*</u>

SO STIPULATED.

Date: 2/4/13

Golden & Timbol, P.C.

_____
Servando Timbol, Esq.
*Attorneys for Plaintiff,*
Fabian Zanzi

Date: 2/4/13

Lavely & Singer, P.C.

_____
Michael E. Weinsten, Esq.
*Attorneys for Defendant,*
John Travolta